THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Charles Robert
 Horne, Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2009-UP-215
 Submitted April 1, 2009  Filed May 20,
2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; Kevin Scott Brackett,  of York, for Respondent.
 
 
 

PER CURIAM: Charles Robert Horne appeals his
 conviction and sentence  for trafficking in cocaine. On appeal, Horne contends the trial court erred by
 failing to sever the trials of Horne and his codefendant.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
HEARN,
 C.J., PIEPER and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument
pursuant to Rule 215, SCACR.